UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. HIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-3277 (RJL) |

### **[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Set Briefing Schedule, it is hereby ORDERED that the motion is granted. It is further ORDERED that any requirement that Defendants answer the complaint is waived and that the following schedule shall govern this action:

- Sept. 16, 2022: Defendants to provide certified administrative record and file a certified list of the contents of the administrative record;

- Oct. 28, 2022: Plaintiff to file his motion for summary judgment;

- Dec. 9, 2022: Defendants to file their combined cross-motion for summary judgment and opposition;

- Jan. 13, 2023: Plaintiff to file his combined opposition and reply;

- Feb. 10, 2023: Defendants to file their reply;

- Feb. 24, 2023: Plaintiff to file the joint appendix.

SO ORDERED, this _____ day of August, 2022.

_____
HON. RICHARD J. LEON
United States District Judge