UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. HIGHT, | ) |
|                 Plaintiff, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES COAST GUARD and Admiral LINDA L. FAGAN, Commandant, in her official capacity | ) Case No. 1: 21-cv-3277-RJL |
|                 Defendants. | ) |
| ST LAWRENCE SEAWAY PILOTS ASS'N 733 East Broadway Street Cape Vincent, New York  13618 | ) |
|                 Defendant-intervenor-Movant. | ) |

**UNOPPOSED MOTION OF THE ST LAWRENCE SEAWAY PILOTS ASS'N TO INTERVENE IN SUPPORT OF DEFENDANTS**

The St. Lawrence Seaway Pilots Association ("the Association") respectfully moves to intervene as of right as a defendant in this action. As required by D.D.C. Rule 7.1, SLSPA counsel has as conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to limit the issues for decision by the Court, and each party has stated that it does not oppose the motion.

A memorandum of points and authorities is being filed herewith establishing the Association's right to the relief sought.

Wherefore, based on the consent of the parties to intervention, and for the reasons more fully stated in the accompanying memorandum of points and authorities, Defendant-Intervenor-Movant St. Lawrence Seaway Pilots Association respectfully submits that it should be permitted to intervene as defendant in this action. The Association has filed a timely application for intervention and has legally-protected interests impaired by this action and not adequately represented by any current party, and is therefore entitled to intervention as of right pursuant to Fed R. Civ. P. 24(a)(2). If the Court finds it necessary to consider permissive intervention under Fed. R. Civ. P. 24(b), that should also be granted.

Respectfully submitted,

___/s John Longstreth_____
John Longstreth (D.C. Bar # 367047)
Mark Ruge (D.C. Bar# 461738)
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9000
(202) 778-9100 (fax)
john.longstreth@klgates.com
mark.ruge@klgates.com

*Counsel for St. Lawrence Seaway Pilots Association*

Date: September 15, 2022

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via the Court's CM/ECF filing system on September 15, 2022, to the following counsel of record:

Jeffrey H. Redfern
Seth Young
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jredfern@ij.org
syoung@ij.org

Robert Johnson (DC Bar No. 1013390)
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for Defendants*