UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. HIGHT, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES COAST GUARD and Admiral LINDA L. FAGAN, Commandant, in her official capacity | ) ) ) ) ) ) Case No. 1: 21-cv-3277-RJL |
| Defendants. | ) ) ) |
| ST LAWRENCE SEAWAY PILOTS ASS'N 733 East Broadway Street Cape Vincent, New York  13618 | ) ) ) ) ) |
| Defendant-intervenor-Movant. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of the consent motion of the St. Lawrence Seaway Pilots Association, ("the Association") pursuant to Fed. R. Civ. P. 24 and Local Civil Rule 7 to intervene as of right in this action, and upon consideration of any responses and further proceedings on the motion, the Court finds that the motion is timely and that the Association has a legally-protected interest that may be impaired by this action and is not adequately represented by any current party, and that is therefore entitled to intervention as of right pursuant to Fed R. Civ. P. 24(a)(2), and further finds that permissive intervention by the Association would also be appropriate.

**IT IS THEREFORE ORDERED** that the Association's motion to intervene be, and the same hereby is, **GRANTED**, and that Defendant intervenor-movant the St. Lawrence Seaway Pilots Association is added to this action as a defendant.

The Answer lodged with the motion shall be filed.

                                                                                                                _____
                                                                                                                Richard J. Leon, U.S.D.J.