UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. HIGHT,<br><br>        *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>        *Defendants*. | Civil Action No. 21-3277 (RJL) |

### NOTICE OF FILING LIST OF THE CONTENTS OF THE RECORD

Pursuant to Local Civil Rule 7(n)(1), Defendants hereby submit the certified list of the contents of the administrative record. The certification and index of the records are attached hereto.

Dated: September 16, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. HIGHT,<br><br>                *Plaintiff*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>                *Defendants*. | Civil Action No. 21-3277 (RJL) |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD
## BY THE UNITED STATES COAST GUARD

I, Brian Judge, hereby declare:

1. I am employed by the United States Coast Guard within the Department of Homeland Security. I have been employed by the U.S. Coast Guard as a civilian for over five years as the Chief of the Office of Claims and Litigation within the Office of the Judge Advocate General. I also served on active duty in the Coast Guard for over twenty-four years. I am one of the individuals responsible for compiling the agency's administrative record in the above-captioned case.

2. As Chief of the Office of Claims and Litigation, my duties include advising Coast Guard programs on matters that are or may be involved in litigation and providing any necessary litigation support to the Department of Justice. In connection with these duties, I have knowledge of the record-keeping practices of the Coast Guard relating to administrative agency decisions, such as the agency decision challenged here.

3. The above-referenced action is a challenge to the Coast Guard's June 7, 2022 Decision on Appeal denying plaintiff's request for full registration as a pilot for district one

waters as specified in 46 C.F.R. 401.220(b)(3). Plaintiff also seeks to challenge the roles and responsibilities of the Coast Guard and the St. Lawrence Seaway Pilots Association ("SLSPA") with respect to the training and certification of pilots. Without conceding that these claims constitute final agency actions subject to judicial review, this Administrative Record as it relates to the decision to deny plaintiff's requested registration, includes information from the SLSPA as well.

4. The documents listed in the accompanying Index of Administrative Record and filed with the Court are, to the best of my knowledge, a true, correct and complete copy of the administrative record in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2022

Brian Judge
Chief, Office of Claims and Litigation
U.S. Coast Guard
2703 Martin Luther King Jr. Ave. SW
Washington, D.C. 20593
Phone: (202) 372-3740
Email: brian.judge@uscg.mil

## INDEX  U.S. COAST GUARD ADMINISTRATIVE RECORD:
*Matthew J. Hight v. Dept. of Homeland Security, U.S. Coast Guard, et al*, 1:21-cv-3277
**September 16, 2022**

| DOCUMENT NO. | Document Description | File Name | From/ on Behalf of | Date of Document |
|---|---|---|---|---|
| 1 | St. Lawrence Seaway Pilot Association Ltr re discontinuation of Hight's pilot training in District 1. | 2021_05_18_ Assoc Ltr to CG _1.Letter.USCG.CG.5PW.pdf | St. Lawrence Seaway Pilot Association | 18-May-21 |
| 2 | Hight Written Exam for Dist. 1 | 2021_06_29_Exam Results _Hight.pdf | U.S. Coast Guard | 29-Jun-21 |
| 3 | Coast Guard Ltr to Hight re Exam Results | 2021_06_30_CG Exam Letter - Hight.pdf | U.S. Coast Guard | 30-Jun-21 |
| 4 | Hight Request for registration as Registered Pilot for Dist. 1. | 2021_07_22_Hight Ltr_Renewal of Registered Pilot Application .pdf | Matthew Hight | 22-Jul-21 |
| 5 | Coast Guard, Todd Haviland, Director of Great Lakes Pilotage, Denial Ltr to Hight Req for registration as Registered Pilot for Dist. 1. | 2021_12_15_CG Response Letter- Hight Dec 15 2021 (1).pdf | U.S. Coast Guard- Dir. Todd Haviland | 15-Dec-21 |
| 6 | Exhibit to CG Response Ltr. Dec. 15, 2021: Sept. 2020 Transcript of Testimony of Matthew Hight | 2021_12_15_Supp Response Ltr_Deposition Trans_Hight Matthew J.pdf | Transcript Testimony Hight | 29-Sep-20 |
| 7 | Exhibit to CG Response Ltr. Dec. 15, 2021: Hight March 2018 Ltr to Association | 2021_12_15_Support CG Response Ltr to Hight_2018_03_07_Hight - Ltrto SLSPA.pdf | Matthew Hight | 7-Mar-18 |
| 8 | Email Cover ltr with Hight Adm. Appeal 46 CFR § 1.03-15 | 2022_01_13_Email to CG w Hight Admin Appeal Cvr Ltr.pdf | Matthew Hight | 13-Jan-22 |
| 9 | Administrative appeal Letter, pursuant to 46 C.F.R. § 1.03-15, of the decision by Todd Haviland, Director of Great Lakes Pilotage, denying an application for pilot registration Hight . | 2022_01_13_Hight Admin Appeal Cvr Ltr.pdf | Matthew Hight | 13-Jan-22 |
| 10 | Exhibits to Hight's Administrative Appeal | 2022_01_13_Hight_Exhibits for Administrative Appeal Letter 2 (1).pdf | Matthew Hight | 13-Jan-22 |
| 11 | USCG's Final Decision on the Appeal of Matthew Hight, denial of full registration as a Pilot in Dist. 1. | 2022_06_07_CG Decision on Appeal - Capt M Hight.pdf | Coast Guard, Michael Emerson, Director of Marine Transportation | 7-Jun-22 |

| DOCUMENT NO. | Document Description | File Name | From/ on Behalf of | Date of Document |
|---|---|---|---|---|
| | **EMAIL CORRESPONDENCE** | | | |
| 12 | Email Correspondence March 2021to Dec. 21, 2021 Re Hight's written examination & Application for Registration | 2021_03_Email Correspondence Mar through Dec 2021_Hight v. DHS, post-decision follow up.pdf | USCG/Hight | March 2021 to Dec. 2021 |
| 13 | Email Correspondence between Emerson and Hight Counsel re Receipt of Appeal | 2022_01_14_Email CG Reply re Hight Admin Appeal Cvr Ltr.pdf | USCG/Hight | 14-Jan-22 |
| 14 | Email Correspondence between Emerson and Hight Counsel re access to online electronic appeal materials. | 2022_01_19_Email Correspondence_CG_Hight re Access Docs_ Hight Admin Appeal.pdf | USCG/Hight | 19-Jan-22 |
| 15 | Email Correspondence between Emerson and Hight Counsel paralegal re access to online electronic appeal materials. | 2022_01_19_Email Correspondence_CG_Hight re Access Docs2_ Hight Admin Appeal.pdf | USCG/Hight | 19-Jan-22 |
| 16 | Email Correspondence between Emerson and Hight Counsel re access to online electronic appeal materials. | 2022_01_19_Email Correspondence_CG_Hight re Package Hight Admin Appeal | USCG/Hight | 19-Jan-22 |
| 17 | Email Correspondence between Emerson and Hight Counsel re USCG Decision on Appeal. | 2022_02_23_Jan and Feb 2022_Emails bw CG and Hight re Updates Hight Admin Appeal.pdf | USCG/Hight | 23-Feb-22 |
| | **OTHER DOCUMENTATION** | | | |
| 18 | US Gov't Accountability Office Report: Coast Guard, Stakeholders' Views on Issues and Options for Managing the Great Lakes Pilotage Program | 2019_06_00_GAO Report pilotage.pdf | US Gov't Accountability Office | 1-Jun-19 |