UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW J. HIGHT, )
)
    Plaintiff, )
)
v. ) Civil Case No. 21-3277 (RJL)
)
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY, et al., )
)
    Defendants, )
)
ST. LAWRENCE SEAWAY PILOTS )
ASSOCIATION, )
)
    Defendant-Intervenor. )

**ORDER**
September 26, 2023 [Dkt. ##28, 31, 32]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment and Memorandum of Points and Authorities in Support [Dkt. #28] is **DENIED**; it is further

**ORDERED** that the Cross-Motion of Defendant-Intervenor St. Lawrence Seaway Pilots Association for Summary Judgment [Dkt. #31] is **GRANTED**; it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment [Dkt. #32] is **GRANTED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge