# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5273**                       **September Term, 2024**

**1:21-cv-03277-RJL**

**Filed On: June 24, 2025** [2122155]

Matthew J. Hight,

        Appellant

    v.

United States Department of Homeland
Security, et al.,

        Appellees

## M A N D A T E

     In accordance with the judgment of May 2, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                       FOR THE COURT:
                                       Clifton B. Cislak, Clerk

                  BY:    /s/
                                       Daniel J. Reidy
                                       Deputy Clerk

Link to the judgment filed May 2, 2025